JACOB FINK, Respondent, *v.* 37 WEST 36TH STREET COMPANY, Appellant, Impleaded with Another.

Submitted March 8, 1938; decided April 12, 1938.

*William B. Shelton* for appellant.

*J. Irving Weissman* and *Ralph Weller* for respondent.

Order of the Appellate Division reversed and judgment of the Trial Term affirmed, with costs in this court and in the Appellate Division. (See *Cullings* v. *Goetz*, 256 N. Y. 287.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.